FILED

2003 DEC 24  A 11: [illegible]

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVE PETRO<br>Plaintiff | CIVIL NO. 3:02 CV1946(CFD) |
| VS. | |
| POLICE CHIEF EDWARD FLAHERTY,<br>ET AL<br>Defendants | DECEMBER 22, 2003 |

### RESPONSE TO RULE 41(a) NOTICE

The plaintiff, in the above captioned matter, on behalf of all parties concerned, hereby respectfully requests that the above captioned matter not be dismissed. Since the parties filed their Request for Continuance of Status Conference Calendar in September of this year, there have been extensive settlement negotiations and no less than three depositions taken.

This response has been prepared after counsel have conferred concerning the activity on this case and agreed as to its preparation and the need to allow this matter to proceed.

**WHEREFORE**, the parties respectfully request that the a dismissal not be entered by the court.

THE PLAINTIFF,
STEVE PETRO

By _____
Christopher G. Santarsiero
100 Grand Street
Suite 2C
Waterbury, CT 06702
(203) 756-5640
CT#13606

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed this 22th day of December, 2003, via first class mail, postage prepaid, to the following counsel of record:

Attorney Christopher G. Arciero
Sack, Spector & Karsten
836 Farmington Ave.
West Hartford, CT 06119


Christopher G. Santarsiero