# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVE PETRO, | : |
|       Plaintiff, | : |
| | : |
| v. | : Civil Action No. 3:02CV1946(CFD) |
| | : |
| POLICE CHIEF EDWARD FLAHERTY, ET AL., | : |
|       Defendants. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A recommended ruling on the following motions which are currently pending: (orefm.)

____ A ruling on the following motions which are currently pending: (orefm.)

_X_ A settlement conference (orefmisc./cnf)

____ A conference to discuss and approve the following: (orefmisc./cnf)

____ Other: (orefmisc./misc) _____

SO ORDERED this  26th  day of January 2004 at Hartford, Connecticut.

                                         /s/ CFD
                                         Christopher F. Droney
                                         United States District Judge