UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STEVE PETRO
    -Plaintiff(s)

-v-                                  NO. 3:02 CV 1946 (CFD)

CHIEF EDWARD FLAHERTY ET AL
    -Defendant(s)

FILED 2004 APR -6 A 7:04

ORDER

A settlement conference will be held before the undersigned on **NOVEMBER 10, 2004, at 10:00 a.m.** The parties shall submit **ex parte** statements (including damages analyses) to the Chambers of Judge Smith, Room 258, not to exceed three pages, no later than 3 calendar days prior to the conference. **Facsimiles will not be accepted**. Counsel shall be accompanied by the appropriate persons with the authority to settle. It will not be sufficient for such individuals to be "available by telephone." See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000).

    IT IS SO ORDERED.

    Dated at Hartford, Connecticut, this 6th day of April, 2004.

                                                Thomas P. Smith
                                                United States Magistrate Judge