UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 FEB 28  P 2:43

U.S. DISTRICT COURT
HARTFORD, CT.

STEVE PETRO                              :

Vs.                                      :          CASE NO.3:02CV1946(CFD)

RANDOLPH VELEZ                           :


**JUDGMENT**

Counsel of record having reported to the court on January
26, 2005 that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby
dismissed without costs and without prejudice to the right of any
parties to move within 30 days to re-open the case if the
settlement has not been consummated.

Dated at Hartford, Connecticut, February 28, 2005.


KEVIN F. ROWE, CLERK

BY _____
Devorah Johnson
Deputy Clerk


EOD_____