UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVE PETRO                             :   CIVIL NO: 3:02 CV1946 (CFD) (TPS)
    PLAINTIFF,

vs.

POLICE CHIEF EDWARD FLAHERTY,
DETECTIVE RANDOLPH VELEZ and
THE CITY OF WATERBURY,
    DEFENDANTS.               :   MARCH 21, 2005

## STIPULATION TO DISMISS

The plaintiff, STEVE PETRO and the defendant, DETECTIVE RANDOLPH VELEZ stipulate that this case may be dismissed as to these parties with prejudice and without costs or fees awarded to any party.

PLAINTIFF: STEVE PETRO

BY: _____
Christopher G. Santarsiero
Federal Bar #: ct13603
100 Grand Street
St. 2C
Waterbury, CT 06702
Tel: (203) 756-5640
Fax: (203)756-5641
His Attorney

DEFENDANT: RANDOLPH VELEZ

BY: _____
Christopher G. Aricero
Federal Bar #: ct09199
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Tel: (860) 233-8251
Fax: (860) 232-8736
caricero@sackspec.com
His Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 21st day of March, 2005, to the following counsel of record:

Christopher G. Santarsiero, Esquire
100 Grand Street, Suite 2C
Waterbury, CT 06702

_____
Christopher G. Arciero

Clerk
United States District Court
450 Main Street
Hartford, CT 06103